Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District of Mississippi

IN RE:  CURT CHARLES BUSCHING,　　　　　　　　　　　CASE NO. 09-03131-EE

　　　　　DEBTOR.　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

MARVIN L. SCOTT　　　　　　　　　　　　　　　　　　　　　PLAINTIFF(S)

v.　　　　　　　　　　　　　　　　　　　　　　ADV. PROC. NO. 10-00023-EE

CURT CHARLES BUSCHING　　　　　　　　　　　　　　　　DEFENDANT(S)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　　　　　　CLERK OF THE U.S. BANKRUPTCY COURT
　　　　　　　　　　　　　100 EAST CAPITOL STREET
　　　　　　　　　　　　　　　P. O. BOX 2448
　　　　　　　　　　　　　JACKSON, MS 39225-2448

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　　　　　　　　　DOUGLAS C. NOBLE, ESQ.
　　　　　　　　　　　602 STEED RD. - SUITE 200
　　　　　　　　　　　　RIDGELAND, MS 39157

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



　　　　　　　　　　　　　　　　DANNY L. MILLER, CLERK

　　　　　　　　　　　　　　　　By: /s/ Kimber McDowell    (DEPUTY CLERK)

　　　　　　　　　　　　　　　　DATE: APRIL 13, 2010

## CERTIFICATE OF SERVICE

I, __Elise Wilson__ (name), certify that service of this summons and a copy of the complaint was made __March 31, 2010__ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
  __Cort Charles Buschin__
  __18 P.R. 3057, Unit 7__
  __Oxford, MS 38655__

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __3/31/10__     Signature: __Elise Wilson__

Print Name: __Elise Wilson__

Business Address: __602 Steed Rd., Ste. 200__
__Ridgeland, MS 39157__

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ .61 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.71 |

Postmark Here

Name (Please Print Clearly) (To be completed by mailer)
Curt Charles Busching
Street, Apt. No.; or PO Box No.
18 P.R. 3057, Unit 7
City, State, ZIP+4
Oxford, MS 38655

7099 3220 0009 5311 5826

PS Form 3800, July 1999    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Curt Charles Busching
18 P.R. 3057
Unit 7
Oxford, MS 38655

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)   7099 3220 0009 5311 5826

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540