**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **CURT CHARLES BUSCHING** | **CASE NO.: 09-03131-EE** |
| **MARVIN L. SCOTT** | **PLAINTIFF** |
| VS. | **ADVERSARY NO: 10-00023-EE** |
| **CURT CHARLES BUSCHING** | **DEFENDANT** |
| VS. | |
| **MARVIN L. SCOTT** | **COUNTER-DEFENDANT** |

**NOTICE OF SERVICE OF CURT CHARLES BUSCHING'S**
**FIRST SET OF INTERROGATORIES AND**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**
**PROPOUNDED TO MARVIN L. SCOTT**

TO:    MR. MARVIN L. SCOTT
       c/o Douglas C. Noble, Esq.
       Sean R. Guy, Esq.
       Attorney for Marvin L. Scott
       dnoble@mmglaw.com
       sguy@mmglaw.com

Notice is hereby given, pursuant to Uniform Local Rule 6(e)(2), that Eileen N. Shaffer, Attorney for Curt Charles Busching has this date served in the above entitled action:

1.    First Set of Interrogatories

2.    First Request for Production of Documents to Marvin L. Scott

The undersigned retains the originals of the above papers as custodian thereof, pursuant to Uniform Local Rule 6(e)(2).

DATED this the  1st  day of  June , 2010.

                                         /s/ Eileen N. Shaffer
                                        EILEEN N. SHAFFER
                                        Attorney for Curt Charles Busching

Eileen N. Shaffer, MSB No. 1687
Post Office Box 1177
Jackson, Mississippi  39215-1177
Ph:  (601) 969-3006
Fx:  (601) 949-4002
E-Mail: enslaw@bellsouth.net

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served either by United States Mail, postage prepaid, or by e-mail or ECF, a true and correct copy of the foregoing Notice of Service of First Set of Interrogatories and  First Request For Production of Documents to the following:

> MR. MARVIN L. SCOTT
> c/o Douglas C. Noble, Esq.
> Sean R. Guy, Esq.
> Attorney for Marvin L. Scott
> dnoble@mmglaw.com
> sguy@mmglaw.com
>
> Derek A. Henderson
> Chapter 7 Trustee
> d_henderson@bellsouth.net
>
> R. Michael Bolen
> United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the  1st   day of  June , 2010.


 /s/ Eileen N. Shaffer
 EILEEN N. SHAFFER