**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**CURT CHARLES BUSCHING**                    **CASE NO. 09-03131-EE**
                                             **CHAPTER 7**

_____

**MARVIN L. SCOTT**                          **PLAINTIFF**

**VS.**                                      **ADV. PROC. NO. 10-00023-EE**

**CURT CHARLES BUSCHING**                    **DEFENDANT**

**VS.**

**MARVIN L. SCOTT**                          **COUNTER-DEFENDANT**

## *NOTICE OF SERVICE*

NOTICE is hereby given, that Plaintiff, Marvin L. Scott, has this day served the following in the above referenced matter:

1. Plaintiff's First Set of Interrogatories Propounded to Curt Charles Busching; and

2. Plaintiff's First Set of Request for Production of Documents Propounded to Curt Charles Busching.

The undersigned retains the original of the above document as custodian thereof pursuant to the Uniform Local Rules.

Respectfully submitted, this the 23rd day of November, 2010.

**MARVIN L. SCOTT**

_/s/Sean R. Guy_
Sean R. Guy (MSB#100362)

OF COUNSEL:

Sean R. Guy, Esq.
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939

## *CERTIFICATE OF SERVICE*

I, Sean R. Guy, one of the attorneys for Marvin L. Scott, do hereby certify that I electronically served the foregoing to:

>Office of the U. S. Trustee
>USTPRegion05.JA.ECF@usdoj.gov

>Eileen N. Shaffer
>enslaw@bellsouth.net

>Derek A. Henderson
>d_henderson@bellsouth.net
>dhenderson@ecf.epiqsystems.com

This the 23rd day of November, 2010.

>                    /s/ Sean R. Guy
>                    SEAN R. GUY