IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
**CURT CHARLES BUSCHING**                                       **CASE NO. 09-03131-EE**
                                                                **CHAPTER 7**

---

**MARVIN L. SCOTT**                                             **PLAINTIFF**

VS.                                                             **ADV. PROC. NO. 10-00023-EE**

**CURT CHARLES BUSCHING**                                       **DEFENDANT**

VS.

**MARVIN L. SCOTT**                                             **COUNTER-DEFENDANT**

---

### NOTICE OF DEPOSITION

---

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of **Curt Busching**, for use as evidence in this action before a Notary Public or some other officer authorized to administer oaths on Friday, February 18, 2011, at 9:00 a.m., at the law office of McCraney Montagnet & Quin, PLLC, located at 602 Steed Road, Suite 200, Ridgeland, Mississippi 39157, and continuing thereafter day to day until completed, at which time you are invited to appear and take part in the examination as you deem appropriate.

RESPECTFULLY SUBMITTED, this the 31st day of January, 2011

**MARVIN L. SCOTT**

By: /s/ *Sean R. Guy*
Sean R. Guy
*His Attorney*

OF COUNSEL:
Sean R. Guy (MSB #100362)
Douglas C. Noble. (MSB #10526)
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939

## CERTIFICATE OF SERVICE

      I, Sean R. Guy, one of the attorneys for Marvin L. Scott, do hereby certify that I electronically served the foregoing to:

      Office of the U. S. Trustee
      USTPRegion05.JA.ECF@usdoj.gov

      Eileen N. Shaffer
      enslaw@bellsouth.net

      Derek A. Henderson
      d_henderson@bellsouth.net
      dhenderson@ecf.epiqsystems.com

This the 31st day of January, 2011.

                                          /s/ *Sean R. Guy*
                                      SEAN R. GUY