IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
CURT CHARLES BUSCHING ) Case No. 09-03131-ee
) Chapter 7
)
Debtor. )
)

MARVIN L. SCOTT

    Plaintiff,

vs.                                                                                              Adversary No. 10-00023-ee

CURT CHARLES BUSCHING

    Defendant.

## AGREED AMENDED SCHEDULING ORDER

THIS CAUSE came on for hearing on the motion *ore tenus* of the parties for the amendment of the scheduling order. The Court, being advised that the parties are in agreement, finds that the Motion is well taken and should be granted.

**ORDERED** that all discovery shall be completed on or before **August 30, 2011.**

**ORDERED** that all experts shall be designated on or before **July 30, 2011.**

**ORDERED** that all motions, with exception of evidentiary *in limine* motions, shall be served on or before **September 30, 2011.**

*(signed)* Edward Ellington
Edward Ellington
United States Bankruptcy Judge
Dated: June 7, 2011

1

Agreed and Approved:

/s/ *Sean R. Guy*
Counsel for Marvin L. Scott

/s/ *Eileen N. Shaffer*
Counsel for Debtor