## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
CURT CHARLES BUSCHING                                  CASE NO. 09-03131-EE
                                                                  CHAPTER 7

---

MARVIN L. SCOTT                                                   PLAINTIFF

VS.                                              ADV. PROC. NO. 10-00023-EE

CURT CHARLES BUSCHING                                           DEFENDANT

VS.

MARVIN L. SCOTT                                        COUNTER-DEFENDANT

---

### NOTICE OF DEPOSITION

---

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of **William W.
Busching**, for use as evidence in this action before a Notary Public or some other officer authorized
to administer oaths on Tuesday, August 30, 2011, at 9:00 a.m., at the law office of McCraney Montagnet
& Quin, PLLC, located at 602 Steed Road, Suite 200, Ridgeland, Mississippi 39157, and continuing
thereafter day to day until completed, at which time you are invited to appear and take part in the
examination as you deem appropriate.

RESPECTFULLY SUBMITTED, this the 25th day of August, 2011

**MARVIN L. SCOTT**

By: __/s/ Sean R. Guy_____
      Sean R. Guy
      *His Attorney*

OF COUNSEL:
Sean R. Guy (MSB #100362)
Douglas C. Noble. (MSB #10526)
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:       (601) 707-5725
Facsimile:       (601) 510-2939

## CERTIFICATE OF SERVICE

I, Sean R. Guy, one of the attorneys for Marvin L. Scott, do hereby certify that I electronically served the foregoing to:

Office of the U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Eileen N. Shaffer
enslaw@bellsouth.net

Derek A. Henderson
d_henderson@bellsouth.net
dhenderson@ecf.epiqsystems.com

This the 25th day of August, 2011.

/s/ Sean R. Guy
SEAN R. GUY