## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  CURT CHARLES BUSCHING, | CASE NO. 09-03131-EE |
| DEBTOR. | CHAPTER 7 |
| | |
| MARVIN L. SCOTT | PLAINTIFF/COUNTER-DEFENDANT |
| v. | ADV. PROC. NO. 10-00023-EE |
| CURT CHARLES BUSCHING | DEFENDANT/COUNTER-CLAIMANT |

TO:

Douglas C. Noble, Esq.            Derek A. Henderson, Trustee
Sean R. Guy, Esq.                 Ronald McAlpin, Asst. UST
Eileen N. Shaffer, Esq.

### NOTICE SCHEDULING PRETRIAL CONFERENCE

The Court hereby orders and directs that a **PRETRIAL CONFERENCE** will be held in the above-styled adversary proceeding on **TUESDAY, OCTOBER 25, 2011, at 10:00 A.M.,** at the **United States Federal Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi**.

Testimony will not be taken.  Witnesses should not attend.

THE ATTORNEY FOR EACH PARTY AND ANY UNREPRESENTED PARTY SHALL READ BANKRUPTCY RULE 7016 AND RULE 16 FEDERAL RULES OF CIVIL PROCEDURE IN PREPARATION FOR THE CONFERENCE.

THE ATTORNEYS AND ANY UNREPRESENTED PARTIES ARE REQUIRED TO DISCUSS SETTLEMENT POSSIBILITIES AT LEAST SEVEN (7) DAYS PRIOR TO THE CONFERENCE.

Pursuant to Local Rule 9013-1(e), within fourteen (14) days after the conference, the attorneys and any unrepresented parties shall submit an order reciting the action taken.

Should an attorney for a party or an unrepresented party fail to appear or to comply with the directions set out herein, or in aforesaid Rule 16, a Judgment or other appropriate order may be entered and sanctions imposed.

DATED:  October 5, 2011.

                    EDWARD ELLINGTON
                    UNITED STATES BANKRUPTCY JUDGE

Settlement Line 601-608-4643
Chambers 601-608-4670